UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNIFER L. NOBLE,<br><br>                                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>agent of<br>Social Security Administration<br><br>                                    Defendant. | Case No. 2:15-cv-01816-RFB-NJK<br><br>**ORDER** |

Before the Court is a Report and Recommendation issued by the Honorable Nancy J. Koppe, United States Magistrate Judge, regarding Plaintiff's Motion for Reversal and/or Remand [19] and Defendant's Opposition and Cross-Motion to Affirm. [23]

On August 3, 2016, Judge Koppe issued a Report and Recommendation, recommending that Plaintiff's Motion for Reversal and/or Remand [19] be DENIED and that Defendant's Cross-Motion to Affirm [23] be GRANTED.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

1    Under Local Rule IB 3-2(a), objections to the Report and Recommendation were due by

2  August 20, 2016. No objections have been filed. The Court has reviewed the record in this case

3  and agrees with Judge Koppe's recommendation.

4    Therefore, **IT IS HEREBY ORDERED** that the report and recommendation of Magistrate

5  Judge Koppe [24] are ADOPTED in their entirety, and that Plaintiff's Motion for Reversal and/or

6  Remand [19] is DENIED and Defendant's Opposition and Cross-Motion to Affirm is GRANTED.

7

8    DATED: September 19, 2016.

9    _____

10   **RICHARD F. BOULWARE, II**
    **United States District Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28